| Case | 17-FLSA-0020 Valencia v. Nassau Country Club |
|---|---|

ADDITIONAL COMPENSATION

| | Per Day | Per Week | Per Month |
|---|---|---|---|
| Lodging Value | $8.33 | $58.33 | $250.00 |

| From | To | Average OT Hours/Week | Lodging | Increase in Regular Rate | Increase In OT Rate | Total Add'l OT Premium Owed/Wk | # of Weeks | Total Owed |
|---|---|---|---|---|---|---|---|---|
| 5/9/2012 | 4/7/2016 | 10 | $58.33 | $1.46 | $2.19 | $21.88 | 204 | $4,466 |
| 4/14/2016 | 8/18/2016 | 15 | $58.33 | $1.46 | $2.19 | $32.81 | 18 | $591 |
| 8/25/2016 | 8/1/2017 | 7 | $58.33 | $1.46 | $2.19 | $15.31 | 49 | $746 |
| Total OT Owed | | | | | | | | $5,802 |