## ADDITIONAL OVERTIME - MEALS

| Date | Regular Hours | Reg Rate | OT Hours | Meals | Increase In RR from Meals | Increase In OT Rate From Meals | ADD'L OT OWED |
|---|---|---|---|---|---|---|---|
| 5/4/2017 | 40.00 | $13.00 | 0.50 | $12.50 | $ 0.31 | $ 0.47 | $ 0.23 |
| 4/27/2017 | 40.00 | $13.00 | 0.75 | $12.50 | $ 0.31 | $ 0.47 | $ 0.35 |
| 4/6/2017 | 40.00 | $13.00 | 0.00 | $15.00 | $ 0.38 | $ 0.56 | $ - |
| 3/30/2017 | 40.00 | $13.00 | 2.25 | $12.50 | $ 0.31 | $ 0.47 | $ 1.05 |
| 3/23/2017 | 40.00 | $13.00 | 6.00 | $12.50 | $ 0.31 | $ 0.47 | $ 2.81 |
| 3/16/2017 | 40.00 | $13.00 | 0.50 | $12.50 | $ 0.31 | $ 0.47 | $ 0.23 |
| 3/9/2017 | 40.00 | $13.00 | 20.75 | $15.00 | $ 0.38 | $ 0.56 | $ 11.67 |
| 2/23/2017 | 40.00 | $13.00 | 21.25 | $15.00 | $ 0.38 | $ 0.56 | $ 11.95 |
| 2/16/2017 | 40.00 | $13.00 | 20.75 | $15.00 | $ 0.38 | $ 0.56 | $ 11.67 |
| 2/9/2017 | 40.00 | $13.00 | 15.25 | $12.50 | $ 0.31 | $ 0.47 | $ 7.15 |
| 2/2/2017 | 40.00 | $13.00 | 7.25 | $12.50 | $ 0.31 | $ 0.47 | $ 3.40 |
| 1/26/2017 | 40.00 | $13.00 | 6.50 | $17.50 | $ 0.44 | $ 0.66 | $ 4.27 |
| 1/19/2017 | 40.00 | $13.00 | 1.50 | $15.00 | $ 0.38 | $ 0.56 | $ 0.84 |
| 1/12/2017 | 40.00 | $13.00 | 2.00 | $12.50 | $ 0.31 | $ 0.47 | $ 0.94 |
| 1/5/2017 | 40.00 | $13.00 | 0.25 | $15.00 | $ 0.38 | $ 0.56 | $ 0.14 |
| 12/29/2016 | 40.00 | $13.00 | 1.25 | $12.50 | $ 0.31 | $ 0.47 | $ 0.59 |
| 12/22/2016 | 40.00 | $13.00 | 6.00 | $17.50 | $ 0.44 | $ 0.66 | $ 3.94 |
| 12/15/2016 | 40.00 | $13.00 | 5.50 | $17.50 | $ 0.44 | $ 0.66 | $ 3.61 |
| 12/8/2016 | 39.25 | $13.00 | 0.00 | $12.50 | $ 0.32 | $ 0.48 | $ - |
| 12/1/2016 | 40.00 | $13.00 | 5.00 | $12.50 | $ 0.31 | $ 0.47 | $ 2.34 |
| 11/24/2016 | 40.00 | $13.00 | 7.50 | $15.00 | $ 0.38 | $ 0.56 | $ 4.22 |
| 11/17/2016 | 39.50 | $13.00 | 0.00 | $12.50 | $ 0.32 | $ 0.47 | $ - |
| 11/10/2016 | 40.00 | $13.00 | 8.25 | $17.50 | $ 0.44 | $ 0.66 | $ 5.41 |
| 11/3/2016 | 40.00 | $13.00 | 3.00 | $15.00 | $ 0.38 | $ 0.56 | $ 1.69 |
| 10/27/2016 | 40.00 | $13.00 | 5.25 | $17.50 | $ 0.44 | $ 0.66 | $ 3.45 |
| 10/20/2016 | 40.00 | $13.00 | 14.50 | $22.50 | $ 0.56 | $ 0.84 | $ 12.23 |
| 10/13/2016 | 40.00 | $13.00 | 7.00 | $20.00 | $ 0.50 | $ 0.75 | $ 5.25 |
| 10/6/2016 | 40.00 | $13.00 | 4.75 | $17.50 | $ 0.44 | $ 0.66 | $ 3.12 |
| 9/29/2016 | 40.00 | $13.00 | 4.50 | $17.50 | $ 0.44 | $ 0.66 | $ 2.95 |
| 9/22/2016 | 40.00 | $13.00 | 6.25 | $22.50 | $ 0.56 | $ 0.84 | $ 5.27 |
| 9/8/2016 | 40.00 | $13.00 | 3.25 | $12.50 | $ 0.31 | $ 0.47 | $ 1.52 |
| 9/1/2016 | 40.00 | $13.00 | 24.00 | $20.00 | $ 0.50 | $ 0.75 | $ 18.00 |
| 8/25/2016 | 40.00 | $13.00 | 19.25 | $20.00 | $ 0.50 | $ 0.75 | $ 14.44 |
| 8/18/2016 | 40.00 | $12.00 | 17.00 | $25.00 | $ 0.63 | $ 0.94 | $ 15.94 |
| 8/11/2016 | 40.00 | $12.00 | 17.00 | $25.00 | $ 0.63 | $ 0.94 | $ 15.94 |
| 8/4/2016 | 40.00 | $12.00 | 16.00 | $20.00 | $ 0.50 | $ 0.75 | $ 12.00 |
| 7/28/2016 | 40.00 | $12.00 | 25.00 | $27.50 | $ 0.69 | $ 1.03 | $ 25.78 |
| 7/21/2016 | 40.00 | $12.00 | 14.75 | $27.50 | $ 0.69 | $ 1.03 | $ 15.21 |
| 7/14/2016 | 40.00 | $12.00 | 14.50 | $20.00 | $ 0.50 | $ 0.75 | $ 10.88 |

| Date | Hours | Rate | OT Hours | OT Pay | Col6 | Col7 | Amount |
|---|---|---|---|---|---|---|---|
| 7/7/2016 | 40.00 | $12.00 | 26.25 | $25.00 | $ 0.63 | $ 0.94 | $ 24.61 |
| 6/30/2016 | 40.00 | $12.00 | 10.00 | $15.00 | $ 0.38 | $ 0.56 | $ 5.63 |
| 6/23/2016 | 39.00 | $12.00 | 0.00 | $17.50 | $ 0.45 | $ 0.67 | $ - |
| 6/16/2016 | 40.00 | $12.00 | 12.00 | $22.50 | $ 0.56 | $ 0.84 | $ 10.13 |
| 6/9/2016 | 40.00 | $12.00 | 30.75 | $35.00 | $ 0.88 | $ 1.31 | $ 40.36 |
| 6/2/2016 | 40.00 | $12.00 | 36.75 | $35.00 | $ 0.88 | $ 1.31 | $ 48.23 |
| 5/26/2016 | 40.00 | $12.00 | 18.00 | $27.50 | $ 0.69 | $ 1.03 | $ 18.56 |
| 5/19/2016 | 40.00 | $12.00 | 15.75 | $30.00 | $ 0.75 | $ 1.13 | $ 17.72 |
| 5/12/2016 | 40.00 | $12.00 | 17.25 | $25.00 | $ 0.63 | $ 0.94 | $ 16.17 |
| 5/5/2016 | 40.00 | $12.00 | 6.00 | $22.50 | $ 0.56 | $ 0.84 | $ 5.06 |
| 4/28/2016 | 40.00 | $12.00 | 6.50 | $25.00 | $ 0.63 | $ 0.94 | $ 6.09 |
| 4/21/2016 | 40.00 | $12.00 | 6.75 | $20.00 | $ 0.50 | $ 0.75 | $ 5.06 |
| 4/14/2016 | 40.00 | $12.00 | 5.50 | $15.00 | $ 0.38 | $ 0.56 | $ 3.09 |
| 3/31/2016 | 40.00 | $11.75 | 6.75 | $15.00 | $ 0.38 | $ 0.56 | $ 3.80 |
| 2/4/2016 | 40.00 | $11.75 | 16.75 | $20.00 | $ 0.50 | $ 0.75 | $ 12.56 |

|  |  |  |
|---|---|---|
| AVERAGE ADD'L OT OWED/WEEK |  | $ 8.47 |
| FROM | 5/9/2012 |  |
| TO | 8/1/2017 |  |
| WEEKS |  | 272.86 |
| **TOTAL** |  | **$2,312.06** |