| Name | Rate |
|------|------|
| Josianne Moser | 100 |
| Nicholas Lassandro | 100 |
| Steven Moser | 450 |
| Tania Lugo | 75 |

| Date | User | Description | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| 4/1/2018 | Steven Moser | Initial Client Consultation | 0.4 | 450.00 | 180.00 |
| 4/7/2018 | Steven Moser | Client Intake - In Office | 1.5 | 450.00 | 675.00 |
| 4/7/2018 | Steven Moser | Review documents furnished by client | 0.4 | 450.00 | 180.00 |
| 4/8/2018 | Steven Moser | Preliminary legal research to evaluate causes of action | 0.9 | 450.00 | 405.00 |
| 4/28/2018 | Steven Moser | Prepare civil cover sheet | 0.1 | 450.00 | 45.00 |
| 4/28/2018 | Steven Moser | Prepare complaint | 1.5 | 450.00 | 675.00 |
| 4/28/2018 | Steven Moser | Prepare summons to NCC | 0.1 | 450.00 | 45.00 |
| 4/28/2018 | Steven Moser | Review Moreno v. Nassau CC File; scan relevant documents into NetDocs | 1.8 | 450.00 | 810.00 |
| 4/28/2018 | Steven Moser | Revise complaint | 0.9 | 450.00 | 405.00 |
| 4/28/2018 | Steven Moser | Telephone call with client | 0.3 | 450.00 | 135.00 |
| 4/29/2018 | Steven Moser | File complaint  civil cover sheet and summons via ECF | 0.2 | 450.00 | 90.00 |
| 5/7/2018 | Steven Moser | Continue Review of Moreno v. Nassau CC File; scan relevant documents into NetDocs | 1.8 | 450.00 | 810.00 |
| 5/7/2018 | Steven Moser | Telephone call with client | 0.3 | 450.00 | 135.00 |
| 5/8/2018 | Steven Moser | Revise complaint | 0.9 | 450.00 | 405.00 |
| 5/29/2018 | Nicholas Lassandro | Scanned and Saved Documents  Organized Binder and Created Table of Contents | 1 | 100.00 | 100.00 |
| 7/9/2018 | Steven Moser | Download and Email Summons and Complaint to Alert with requst for service within the week | 0.3 | 450.00 | 135.00 |
| 7/16/2018 | Steven Moser | Received affidavit of service from Alert Process service - forward to accounting for payment | 0.1 | 450.00 | 45.00 |
| 7/16/2018 | Steven Moser | Telephone call from Dominique Camacho-Moran | 0.1 | 450.00 | 45.00 |
| 7/16/2018 | Steven Moser | Telephone call from Rober Van Der Waag | 0.1 | 450.00 | 45.00 |
| 7/16/2018 | Steven Moser | Upload aff of service to NetDocs and File via ECF | 0.1 | 450.00 | 45.00 |
| 7/17/2018 | Nicholas Lassandro | Calendared the deadline for Defendant to Answer  assigned as task in ASANA and moved thedocume | 0.1 | 100.00 | 10.00 |
| 7/17/2018 | Nicholas Lassandro | Confirmed that the affidavit of service is in the file and sent email to JM informing herof such | 0.1 | 100.00 | 10.00 |
| 7/17/2018 | Nicholas Lassandro | Domenique Moran called to speakto SJM the call was transferredto him | 0.1 | 100.00 | 10.00 |
| 7/17/2018 | Steven Moser | Filed recent documents to binder | 0.2 | 450.00 | 90.00 |
| 7/17/2018 | Nicholas Lassandro | Ms Moran called to speak to SJM. The call was transferred to him | 0.1 | 100.00 | 10.00 |
| 7/17/2018 | Nicholas Lassandro | Processed incoing ECF RegardingDefendant's request for extension to answer | 0.2 | 100.00 | 20.00 |
| 7/17/2018 | Nicholas Lassandro | Processed Incoming ECF Regarding Judge Spatt recusal and Removed his name from the case and as | 0.3 | 100.00 | 30.00 |
| 7/17/2018 | Nicholas Lassandro | Recorded and Uploaded Judge Tomlinson Recusal Order | 0.1 | 100.00 | 10.00 |

| 7/17/2018 | Nicholas Lassandro | Researched Domenique Moran and added her information to PC Law and recorded the call from her | 0.2 | 100.00 | 20.00 |
|---|---|---|---|---|---|
| 7/17/2018 | Nicholas Lassandro | Started Research and Reading in preparation for Drafting Rule 26 Disclosures | 0.4 | 100.00 | 40.00 |
| 7/20/2018 | Steven Moser | Received affidavit of service from Alert Process service - forward to accounting for payment | 0.1 | 450.00 | 45.00 |
| 7/20/2018 | Steven Moser | Upload aff of service to NetDocs and File via ECF | 0.1 | 450.00 | 45.00 |
| 7/20/2018 | Tania Lugo | Calendared the deadline for Defendant to Answer, assigned as task in ASANA and moved the docum | 0.1 | 75.00 | 7.50 |
| 7/24/2018 | Steven Moser | Telephone call from Rober Van Der Waag | 0.1 | 450.00 | 45.00 |
| 7/24/2018 | Steven Moser | Telephone call from Dominique Camacho-Moran | 0.1 | 450.00 | 45.00 |
| 7/24/2018 | Tania Lugo | Confirmed that the affidavit service is in the file and sent email to JM informing her of such | 0.1 | 75.00 | 7.50 |
| 7/24/2018 | Tania Lugo | Ms Moran called to speak to SJM. The call was transferred to him | 0.1 | 75.00 | 7.50 |
| 7/24/2018 | Tania Lugo | Researched Domenique Moran and added her information to PC Law and recorded the call from her | 0.2 | 75.00 | 15.00 |
| 7/24/2018 | Tania Lugo | Processed Incoming ECF Regarding Judge Spatt recusal and Removed his name from the case and as | 0.3 | 75.00 | 22.50 |
| 7/25/2018 | Tania Lugo | Started Research and Reading in preparation for Drafting Rule 26 Disclosures | 0.4 | 75.00 | 30.00 |
| 7/26/2018 | Tania Lugo | Processed incoing ECF Regarding Defendant's request for extension to answer | 0.2 | 75.00 | 15.00 |
| 7/30/2018 | Tania Lugo | Domenique Moran called to speak to SJM the call was transferred to him | 0.1 | 75.00 | 7.50 |
| 7/31/2018 | Steven Moser | Filed recent documents to binder | 0.2 | 450.00 | 90.00 |
| 8/2/2018 | Tania Lugo | Investigation- ID Individual / Corp. Defendant  Pacer - Lexis- research, Nassau Country Club, Record f | 0.7 | 75.00 | 52.50 |
| 8/2/2018 | Tania Lugo | Investigation - ID Related Entities - Company Website  Active - tripadvisor.com - Facebook. | 0.8 | 75.00 | 60.00 |
| 8/2/2018 | Tania Lugo | Investigation - Search on Department Of Labor for License Insurance - Active. | 0.5 | 75.00 | 37.50 |
| 8/13/2018 | Nicholas Lassandro | Printed ECF and Calendared Initial Conference | 0.2 | 100.00 | 20.00 |
| 8/28/2018 | Nicholas Lassandro | Telephone call with client | 0.1 | 100.00 | 10.00 |
| 8/28/2018 | Nicholas Lassandro | Mr. Valencia called  returning my call  he provide me the information I requested  and sent email to | 0.3 | 100.00 | 30.00 |
| 8/28/2018 | Nicholas Lassandro | Meeting with client in office | 0.6 | 100.00 | 60.00 |
| 8/29/2018 | Nicholas Lassandro | Added recent documents to the Binder | 0.1 | 100.00 | 10.00 |
| 8/29/2018 | Nicholas Lassandro | Draft Rule 26 Discl | 1.3 | 100.00 | 130.00 |
| 8/31/2018 | Josianne Moser | Review Docs & Calculate Damages | 0.75 | 100.00 | 75.00 |
| 9/7/2018 | Josianne Moser |  Review Paystubs-Input Data | 0.75 | 100.00 | 75.00 |
| 9/9/2018 | Josianne Moser |  Damage Calc based on paystubs | 1 | 100.00 | 100.00 |
| 9/13/2018 | Tania Lugo | Checked the Binder to confirm the documents that are missing to complete Rule 26 Disclosure | 0.1 | 75.00 | 7.50 |
| 9/17/2018 | Josianne Moser | Added legal- Fees and Expenses | 0.5 | 100.00 | 50.00 |
| 10/26/2018 | Nicholas Lassandro | Added documents to the Binder | 0.1 | 100.00 | 10.00 |
| 10/26/2018 | Nicholas Lassandro | Prepared questions for TL to ask the client; Used information from questions to create draft Rule 26 | 1.2 | 100.00 | 120.00 |
| 11/8/2018 | Nicholas Lassandro | I called Mr. Valencia and gave him a stats update | 0.4 | 100.00 | 40.00 |
| 11/19/2018 | Tania Lugo | Telephone call to client to clarify intake | 0.2 | 75.00 | 15.00 |
| 11/19/2018 | Tania Lugo | Prepare questions for client to follow up on intake | 0.8 | 75.00 | 60.00 |
| 11/20/2018 | Tania Lugo | Added documents to the Binder | 0.1 | 75.00 | 7.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2018 | Tania Lugo | Telephone call with client re additional intake questions | 0.4 | 75.00 | 30.00 |
| 12/14/2018 | Nicholas Lassandro | Added documents to Binder | 0.2 | 100.00 | 20.00 |
| 12/14/2018 | Nicholas Lassandro | Retrieved  Initial Conference Order and Judge's Indiviual Practice Order from PACER and uploaded s | 0.7 | 100.00 | 70.00 |
| 12/14/2018 | Nicholas Lassandro | Uploaded documents to NetDocs | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Added all Documents to case binder. | 0.3 | 100.00 | 30.00 |
| 12/19/2018 | Nicholas Lassandro | Complete Investigation Report. | 0.6 | 100.00 | 60.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-03 TL Valencia V. Nassau Country Club Investigation Request Memorandum. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-15 Investigation - ID Related Entities -  Google Company Website. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-15 Investigation - ID Related Entities -  Tripadvisor. Com Website. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-15 Search NYSLiquor Authority for Nassau Country Club. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-16 Investigation - NYS Unified Result - WebCivil for Nassau Country Club. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-20 Investigation - ID Related Entities -  Facebook Website. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-20 Investigation- ID Individual /Corp. Defendant -Pacer reseasch. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-27 Investigation - ID IndividualCorp - Lexis Search for Andrew Pohalski. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - 2018-03-27 Investigation- ID Individual /Corp. Defendant - Lexis for Nassau Country Club. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Scanned - Investigation - Search on Department Of Labor for License Insurance. | 0.2 | 100.00 | 20.00 |
| 12/19/2018 | Nicholas Lassandro | Uploaded - Investigation Report. | 0.2 | 100.00 | 20.00 |
| 12/20/2018 | Tania Lugo | Complete Investigation Report. | 0.6 | 75.00 | 45.00 |
| 12/20/2018 | Tania Lugo | Uploaded - Investigation Report. | 0.2 | 75.00 | 15.00 |
| 12/20/2018 | Tania Lugo | Retrieved  Initial Conference Order and Judge's Indiviual Practice Order from PACER and uploaded s | 0.7 | 75.00 | 52.50 |
| 12/21/2018 | Tania Lugo | Scanned - 2018-03-15 Search NYS Liquor Authority for Nassau Country Club. | 0.2 | 75.00 | 15.00 |
| 12/21/2018 | Tania Lugo | Added all Documents to case binder. | 0.3 | 75.00 | 22.50 |
| 12/21/2018 | Tania Lugo | Added documents to Binder | 0.2 | 75.00 | 15.00 |
| 1/15/2019 | Steven Moser | Email to Domenique Moran - do they want to mediate? | 0.1 | 450.00 | 45.00 |
| 1/16/2019 | Nicholas Lassandro | Checked the Binder to confirm the documents that are missingto complete Rule 26 Disclosure | 0.1 | 100.00 | 10.00 |
| 1/16/2019 | Nicholas Lassandro | Damage Calc based on paystubs | 1 | 100.00 | 100.00 |
| 1/16/2019 | Nicholas Lassandro |  Review Docs & Calculate Damages | 1.3 | 100.00 | 130.00 |
| 1/16/2019 | Nicholas Lassandro |  Review Paystubs-Input Data | 0.8 | 100.00 | 80.00 |
| 1/16/2019 | Nicholas Lassandro | Revise Damage Calcuations | 1 | 100.00 | 100.00 |
| 1/16/2019 | Steven Moser | Left message with Domenique Camacho Moran | 0.1 | 450.00 | 45.00 |
| 1/16/2019 | Nicholas Lassandro | Telephone call with D. Moran | 0.1 | 100.00 | 10.00 |
| 2/5/2019 | Nicholas Lassandro | Meeting with Client in office | 0.4 | 100.00 | 40.00 |
| 2/22/2019 | Nicholas Lassandro | Email- Sent email to Mr.Moser  In reference phone message from Ms. Irene Zoupanrotis | 0.2 | 100.00 | 20.00 |
| 3/28/2019 | Tania Lugo | Ms. Irene Zoupanrotis called the office asking to speak to Mr. Moser. | 0.2 | 75.00 | 15.00 |
| 3/28/2019 | Tania Lugo | Email to SJM re client communication | 0.2 | 75.00 | 15.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/23/2019 | Steven Moser | Email to all advising that I am not in the office and will respond to email regarding scheduling of me | 0.1 | 450.00 | 45.00 |
| 5/1/2019 | Tania Lugo | Meeting with client in office | 1.2 | 75.00 | 90.00 |
| 5/9/2019 | Tania Lugo | Uploaded - 2019-04-26 JO Order Granting Ext to Complete Mediation to 6-30-19. | 0.2 | 75.00 | 15.00 |
| 5/29/2019 | Nicholas Lassandro | Reviewed 4/8/19 ECF Regarding Selection of Mediator. | 0.1 | 100.00 | 10.00 |
| 5/29/2019 | Nicholas Lassandro | Reviewed Judge's Rules for Mediation | 0.1 | 100.00 | 10.00 |
| 5/30/2019 | Nicholas Lassandro | Legal research for mediation statement | 1.5 | 100.00 | 150.00 |
| 5/30/2019 | Nicholas Lassandro | Searched for decision in our case involving similar issues | 0.6 | 100.00 | 60.00 |
| 5/31/2019 | Nicholas Lassandro | Meeting with SJM about Mediation and document preparation. | 0.5 | 100.00 | 50.00 |
| 5/31/2019 | Nicholas Lassandro | Drafted Mediation Statement to Roger Briton. | 1.6 | 100.00 | 160.00 |
| 5/31/2019 | Nicholas Lassandro | Finished drafting the mediation statement. | 0.6 | 100.00 | 60.00 |
| 6/5/2019 | Steven Moser | Telephone call regarding mediation with Dominique Camacho Moran | 0.2 | 450.00 | 90.00 |
| 6/5/2019 | Steven Moser | Review past wage orders in an attempt to determine the value of housing and meals furnished to th | 0.7 | 450.00 | 315.00 |
| 6/5/2019 | Steven Moser | Revise damage calculations for mediation | 0.7 | 450.00 | 315.00 |
| 6/5/2019 | Steven Moser | Revise Ex-Parte Settlement Statement | 0.4 | 450.00 | 180.00 |
| 6/5/2019 | Steven Moser | Email Mediation Statement with Exhibits to Roger Briton | 0.1 | 450.00 | 45.00 |
| 6/5/2019 | Steven Moser | Legal research regarding recreational establishments exemption | 0.8 | 450.00 | 360.00 |
| 6/5/2019 | Nicholas Lassandro | Texted SJM Roger Briton and Domenique Moran's phone number. | 0.1 | 100.00 | 10.00 |
| 6/5/2019 | Nicholas Lassandro | Edited time of Mediation on Monday to 9:00a. in PC Law Calendar. | 0.1 | 100.00 | 10.00 |
| 6/10/2019 | Steven Moser | Travel to mediation with Roger Briton and Dominique Camacho Moran | 0.6 | 450.00 | 270.00 |
| 6/10/2019 | Steven Moser | Participation in mediation with Roger Briton and Dominique Camacho Moran - case settled for 13 2! | 3.1 | 450.00 | 1,395.00 |
| 6/10/2019 | Steven Moser | Travel from Mediation | 0.6 | 450.00 | 270.00 |
| 6/11/2019 | Nicholas Lassandro | Discussed settlement with SJM | 0.1 | 100.00 | 10.00 |
| 6/18/2019 | Nicholas Lassandro | Drafted Mediation Report. | 0.5 | 100.00 | 50.00 |
| 6/25/2019 | Steven Moser | Review and redline settlement agreement | 0.5 | 450.00 | 225.00 |
| 6/25/2019 | Steven Moser | Email redlined settlement and release to opposing counsel | 0.1 | 450.00 | 45.00 |
| 6/25/2019 | Tania Lugo | I called Mr. Valencia and can't leave a message because said the person can not be reach at this tim | 0.2 | 75.00 | 15.00 |
| 6/25/2019 | Tania Lugo | Email to SJM in reference that I can't contact Hector Valencia. | 0.1 | 75.00 | 7.50 |
| 6/25/2019 | Nicholas Lassandro | Met with Mr. Valencia who signed his settlement agreement. | 0.1 | 100.00 | 10.00 |
| 6/26/2019 | Tania Lugo | Mr. Valencia came to the office and signed the Settlement Agreement and fill out his W-4 and W-9 | 0.3 | 75.00 | 22.50 |
| 6/26/2019 | Tania Lugo | Uploaded - 2019-6-26 Signed by Mr. Valencia - W-9 Form. | 0.2 | 75.00 | 15.00 |
| 6/26/2019 | Tania Lugo | Uploaded - Executed Settlement Agreement. | 0.2 | 75.00 | 15.00 |
| 6/26/2019 | Tania Lugo | 2019-6-26 Signed by Mr. Valencia a Receipt of Acknowledge of Documents he signed on 6-26-2019. | 0.2 | 75.00 | 15.00 |
| 7/2/2019 | Tania Lugo | Mr. Valencia came to the office to provide me his new phone number.  System updated. | 0.2 | 75.00 | 15.00 |
| 7/9/2019 | Steven Moser | Telephone call re: Settlement documents | 0.1 | 450.00 | 45.00 |
| 8/12/2019 | Steven Moser | Participation in telephone status conference with magistrate judge Orenstein; Irene Z. participating | 0.1 | 450.00 | 45.00 |

| 10/7/2019 | Steven Moser | Prepare motion for approval and compile documents | 1.4 | 450.00 | 630.00 |
|-----------|--------------|---------------------------------------------------|-----|--------|--------|
| | | | | | 13,312.50 |