UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Hector Valencia individually, and on behalf of the            Docket No.  2:18-cv-02724
FLSA Collective

                          Plaintiff,                    **NOTICE OF APPEARANCE**

                  -against-

Nassau Country Club

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE** that Hamutal G. Lieberman, Esq. of Farrell Fritz, P.C., an

attorney authorized to practice in this court, hereby appears in the above-entitled action for

Defendant Nassau Country Club.

                  Respectfully submitted,

                  **FARRELL FRITZ, P.C.**

Dated:  November 20, 2019

                  By: _s/ Hamutal G. Lieberman_

                      Hamutal G. Lieberman
                      622 Third Avenue, Suite 37200
                      New York, NY  10017
                      Telephone:  (212) 687-1230
                      Facsimile:  (212) 687-2175
                      *hlieberman@farrellfritz.com*